| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for the Secured Creditor<br>Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust | Chapter: 13<br><br>Hearing Date:<br><br>Judge: Christine M. Gravelle<br><br>Case No: 18-32398 CMG |
| In re:<br>Prudence E. Hill<br><br>                Debtor | |

**Order Filed on January 22, 2020 by Clerk U.S. Bankruptcy Court District of New Jersey**

Recommended Local Form:    ☐ Followed    ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: January 22, 2020**

*Christine M. Gravelle*

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of  <u>Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■    Real Property More Fully Described as:

**Land and premises commonly known as 537 Rutherford Ave, Trenton NJ 08618**

☐    Personal Property More Fully Describes as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

```
It is further ORDERED that movant may pursue any and all loss mitigation
options with respect to the Debtor(s) or the real property described above,
including but not limited to repayment agreement, loan modification, short sale
or deed-in-lieu of foreclosure
```

United States Bankruptcy Court
District of New Jersey

In re:  
Prudence E Hill  
    Debtor

Case No. 18-32398-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 1             Date Rcvd: Jan 22, 2020
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2020.
db             +Prudence E Hill,   537 Rutherford Avenue,   Trenton, NJ 08618-4429

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2020                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2020 at the address(es) listed below:
      Albert Russo    docs@russotrustee.com
      Aleisha Candace Jennings    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
       Christiana Trust, not individually but as trustee for Hilldale Trust ajennings@rasflaw.com
      Candyce Ilene Smith-Sklar    on behalf of Debtor Prudence E Hill mail@njpalaw.com,
       r56958@notify.bestcase.com
      Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
       Trust, not individually but as trustee for Hilldale Trust dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Kevin Gordon McDonald    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
       Christiana Trust, not individually but as trustee for Hilldale Trust kmcdonald@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Phillip Andrew Raymond    on behalf of Creditor    Wilmington Savings Fund Society, FSB
       phillip.raymond@mccalla.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                        TOTAL: 7