Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.:  18−32398−CMG
                        Chapter:  13
                        Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Prudence E Hill
   537 Rutherford Avenue
   Trenton, NJ 08618

Social Security No.:
   xxx−xx−7842

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/4/20.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 5, 2020
JAN: rms

                                                             Jeanne Naughton
                                                              Clerk

```
                       United States Bankruptcy Court
                            District of New Jersey
```

In re:                                                                    Case No. 18-32398-CMG
Prudence E Hill                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin                Page 1 of 2              Date Rcvd: Mar 05, 2020
                              Form ID: 148               Total Noticed: 18
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 07, 2020.
db              +Prudence E Hill,    537 Rutherford Avenue,    Trenton, NJ 08618-4429
517865944       +Bsi Financial Services,    Attn: Bankruptcy,    Po Box 517,    Titusville, PA 16354-0517
517865945       +Eastern Dental of Ewing,    1330 Parkway Ave.,    Trenton, NJ 08628-3091
517865946       +Fay Servicing,    c/o Hill Wallack LLP,    21 Roszel Rd,    Princeton, NJ 08540-6669
517865947       +Fay Servicing Llc,    Attn: Bankruptcy,    440 S Lasalle St Suite 2000,    Chicago, IL 60605-5011
517865949       +Quality Asset Recovery,    Attn: Bankruptcy,    Po Box 239,    Gibbsboro, NJ 08026-0239
517947491       +WILMINGTON SAVINGS FUND SOCIETY,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                  Duluth, GA 30097-8461
517974218        WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRIST,    TRUSTEE FOR HILLDALE TRUST,
                  Fay Servicing, LLC,    PO Box 814609,    Dallas, TX  75381-4609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Mar 06 2020 01:45:33      U.S. Attorney,    970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 06 2020 01:45:29     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ  07102-5235
517865942       +E-mail/Text: rperez@arcadiarecovery.com Mar 06 2020 01:45:45      Arcadia Recovery Bureau,
                  645 Penn Street,    4th Floor,   Reading, PA 19601-3559
517918349        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 06 2020 01:39:56
                  Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC 29603-0587
517865943        EDI: BANKAMER.COM Mar 06 2020 05:43:00      Bank Of America,    Attn: Bankruptcy,   Po Box 982238,
                  El Paso, TX 79998
517976989       +E-mail/Text: bncmail@w-legal.com Mar 06 2020 01:45:44      CarePoint Health - Physcan CHMG,
                  C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
517865948       +E-mail/Text: bankruptcy@onlineis.com Mar 06 2020 01:46:16      Online Collections,
                  Attn: Bankruptcy,    Po Box 1489,   Winterville, NC 28590-1489
517918265        E-mail/Text: peritus@ebn.phinsolutions.com Mar 06 2020 01:46:50
                  PERITUS PORTFOLIO SERVICES II / WOLLEMI,    PO BOX 141419,    IRVING, TX  75014-1419
517965431       +EDI: AIS.COM Mar 06 2020 05:43:00      Verizon,   by American InfoSource as agent,
                  4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517865950       +EDI: VERIZONCOMB.COM Mar 06 2020 05:43:00      Verizon Wireless,
                  Attn: Verizon Wireless Bankruptcy Admini,    500 Technology Dr, Ste 550,
                  Weldon Spring, MO 63304-2225
                                                                                               TOTAL: 10

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 07, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2020 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Hilldale Trust ajennings@rasflaw.com
              Candyce Ilene Smith-Sklar    on behalf of Debtor Prudence E Hill mail@njpalaw.com,
               r56958@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Hilldale Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
```

```
District/off: 0312-3         User: admin              Page 2 of 2              Date Rcvd: Mar 05, 2020
                             Form ID: 148             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Kevin Gordon McDonald    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Phillip Andrew Raymond    on behalf of Creditor    Wilmington Savings Fund Society, FSB phillip.raymond@mccalla.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                              TOTAL: 8